No. 04–7368. SILVERBRAND v. YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–7374. PANDOLFI v. NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied.

No. 04–7377. MILLER v. VANNATTA, SUPERINTENDENT, MIAMI CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 04–7379. NIKSICH v. COTTON, SUPERINTENDENT, PENDLE-TON CORRECTIONAL FACILITY, ET AL. Sup. Ct. Ind. Certiorari denied.

No. 04–7388. DRIVER v. OREGON. Ct. App. Ore. Certiorari denied.

No. 04–7391. BRIGGS v. CROSBY, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 04–7392. BURRELL v. VIRGINIA DEPARTMENT OF MOTOR VEHICLES. Sup. Ct. Va. Certiorari denied.

No. 04–7394. VANHOUSEN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–7398. BUDNICK v. HAMPDEN COUNTY HOUSE OF COR-RECTION. C. A. 5th Cir. Certiorari denied.

No. 04–7400. STEVENSON v. BOYETTE, SUPERINTENDENT, NASH CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 04–7403. ROBLYER v. PENNSYLVANIA DEPARTMENT OF CORRECTIONS. Commw. Ct. Pa. Certiorari denied.

No. 04–7404. SANCHEZ v. CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 3. Certiorari denied.

No. 04–7406. BEGORDIS v. MINNESOTA. Ct. App. Minn. Cer-tiorari denied.

No. 04–7408. WILLIS v. JONES, WARDEN. C. A. 6th Cir. Cer-tiorari denied.

No. 04–7410. SANDERS v. CROSBY, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.